EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br> Enmienda a la Regla 12 del <br> Reglamento Notarial de Puerto Rico | 2003 TSPR 5 <br><br> 158 DPR _____ |

Número del Caso: ER-2002-1

Fecha: 17 de enero de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmienda a la Regla 12
del Reglamento Notarial
de Puerto Rico

RESOLUCION

San Juan, Puerto Rico, a 17 de enero de 2003

**POR CUANTO:** De conformidad con las disposiciones del Artículo 61 de la Ley número 75 del 2 de julio de 1987, conocida como la **Ley Notarial de Puerto Rico** de 1$^{ro}$ de agosto de 1995, este Tribunal adoptó y puso en vigor el Reglamento Notarial de 1995 para regular el ejercicio del notariado.

**POR CUANTO:** Las situaciones de incompatibilidad que pudieran existir entre el abogado-notario empleado en el servicio público y la práctica notarial están controladas por impedimentos definidos en ley y por las prohibiciones particulares que los propios organismos públicos establecen y notifican a la Oficina de la Directora de Inspección de Notarías de este Tribunal (Art. 4, Ley Notarial de Puerto Rico).

**POR CUANTO:** Entendemos que el establecimiento de unos parámetros claros por los organismos públicos sobre la práctica privada de la notaría por sus abogados-notarios o la prohibición tajante de la misma, conllevan ajustes en los informes que por Ley y Reglamento deben rendir los notarios a la Oficina de Inspección de Notarías.

**POR CUANTO:** Para facilitar la misión de la Oficina de Inspección de Notarías en el proceso de detectar a tiempo cualquier incompatibilidad en el ejercicio del notariado por el abogado-notario empleado de un organismo público es necesario que el Registro de Prohibiciones que lleva la Oficina (Regla 6 del Reglamento Notarial de 1995) incluya el nombre de los notarios conjuntamente con el de los organismos gubernamentales para los cuales trabajan; es necesario, además, que estén debidamente diferenciados los instrumentos autorizados para el organismo público de los autorizados en el ejercicio privado cuando la Agencia haya autorizado éste.

**POR TANTO:** Este Tribunal, en el ejercicio de su facultad para regular el notariado y de complementar las disposiciones de la Ley Notarial de Puerto Rico, por la presente, enmienda el primer párrafo de la Regla 12 del Reglamento Notarial de 1995 para que lea como sigue:

**Regla 12. Índice Mensual sobre Actividad Notarial**

El índice mensual sobre actividad notarial debe contener, el número de notario, la dirección física y el teléfono de la oficina notarial. **Cuando el notario sea empleado público, también contendrá el nombre y dirección del organismo público donde trabaja.**

**En los casos en que el organismo público permita la práctica privada fuera de horas laborables, el notario preparará dos Índices, uno para las escrituras y testimonios autorizados para la Agencia y otro para aquellos autorizados en la práctica privada que la Agencia le permitió.**

Esta resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo